AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

_____ District of   South Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:   9:16-cr-544-BHH |
| Jose Amador | ) |
| | ) USM No:   41465-004 |
| Date of Original Judgment:   March 8, 2023 | ) |
| Date of Previous Amended Judgment: _____ | ) |
| *(Use Date of Last Amended Judgment if Any)* | William F. Nettles IV |
| | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____18 months_____ months **is reduced to** ___12 months and one day___ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/08/2023   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   02/05/2024               s/Bruce H. Hendricks
                                   *Judge's signature*

Effective Date:   02/05/2024          Bruce H. Hendricks, United States District Judge
         *(if different from order date)*          *Printed name and title*